Gerald C. Bryant (State Bar No. 107043)
GeraldCBryantEsq@aol.com
9903 Santa Monica Blvd. #1007
Beverly Hills, 90212
Telephone: (310) 301-2728
Fax: (310) 388-3126

Attorney for Plaintiff
Gerald C. Bryant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD C. BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>VAN WALLER, an individual; RON BURRIS, an individual; ANDRE ADKINS, an individual; JERRY FESTEJO, an individual; MICHAEL MCCOY, an individual; EDDIE WROTEN, an individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:16-cv-01661-WBS-KJN<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

**ORDER**

Based on the moving papers and good cause appearing,

**IT IS HEREBY ORDERED** that:

The Initial Scheduling Conference currently set at November 21, 2016 is continued to February 13, 2017 at 1:30 p.m.  A Joint Status Report shall be filed no later than January 30, 2017.   The parties may appear telephonically.

**IT IS SO ORDERED**

**Dated:  November 14, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE